# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142927-8

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

KIRK LEAPHART,
      Plaintiff-Appellant,

v

                                       SC: 142927-8
                                       COA: 301288, 301338

FOURMIDABLE GROUP, INC., and                  Wayne CC: 09-026822-NO
DETROIT HOUSING COMMISSION,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 28, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

*Corbin R. Davis*

Clerk

t0620